UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CRYSTAL VAUGHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 2430 RWS |
| ) | |
| INTERNAL CREDIT SYSTEMS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

The motion to vacate the ADR referral will be denied. The Court continues to believe that mediation would be beneficial in this case. However, the Court will grant defendants' request to extend the mediation completion deadline.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to vacate ADR referral [26] is denied, but the mediation completion deadline is extended to March 30, 2018.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2018.