UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA RAMSEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTERNAL CREDIT SYSTEMS, INC., ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 4:17 CV 2429 CDP |

## **MEMORANDUM AND ORDER OF CONSOLIDATION**

For good cause shown,

**IT IS HEREBY ORDERED** that the joint motion to consolidate this case with Case Number 4: 17 CV 2430 RWS [27] is granted, Case Number 4: 17 CV 2430 RWS is consolidated with the instant case for all purposes, and Case Number 4: 17 CV 2430 RWS is administratively closed.

**IT IS FURTHER ORDERED** that all future pleadings shall be filed in this case only and shall bear the case caption *Samantha Ramsey, et al., v. Internal Credit Systems, Inc., et al.*, and the case number 4: 17 CV 2429 CDP.

**IT IS FURTHER ORDERED** that the provisions of the case management order entered in this case on March 26, 2018 [24] and the extension granted on May 3, 2018 [26] govern the consolidated case and will not be modified absent a showing of exceptional circumstances.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2018.